UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ACCESS 4 ALL, INC., a Florida
not for profit Corporation, and
JOE HOUSTON, Individually,

    Plaintiffs,                     CASE NO: 6:11-cv-00350-MSS-GJK

v.

SCOTT P. GOLDKIN, an individual, and
CHERRYDEN, LLC, a Florida limited
liability company,

    Defendants.
_____/

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs ACCESS FOR THE DISABLED, INC., and JOE HOUSTON ("Plaintiffs") and Defendants SCOTT P. GOLDKIN and CHERRYDEN, LLC ("Defendants") (collectively referred to as the "Parties") have resolved the above-referenced matter.  Once the final papers have been prepared and executed, the parties will file a Stipulation and Order Regarding Dismissal of the Entire Action with Prejudice.

Dated:  November 18, 2011

                                            Respectfully submitted,

                                            */s/ Monica J. Williams*
                                            Grant D. Petersen, Esq.
                                            Florida Bar No. 378682
                                            Email: grant.petersen@ogletreedeakins.com
                                            Monica J. Williams, Esq.
                                            Florida Bar No. 0566780
                                            Email: monica.williams@ogletreedeakins.com
                                            OGLETREE, DEAKINS, NASH,
                                             SMOAK & STEWART, P.C.
                                            100 N. Tampa Street, Suite 3600
                                            Tampa, Florida  33602

Tel: 813.289.1247
Fax: 813.289.6530
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 18, 2011, I electronically filed the foregoing with the clerk of court using the CM/ECF system which will send notice of electronic filing to attorneys for Plaintiff, Barbara R. Joyner, Esq. and Thomas B. Bacon, Esq.

**I FURTHER CERTIFY** that to the best of my knowledge there are not any non-CM/ECF participants that require notification of this response via U.S. Mail.

*/s/ Monica J. Williams*
Monica J. Williams, Esq.


cc:   Jill S. Schwartz, Esq.